## HUNTER v. EARLY *et al.*

Tax Sale and Deed: SETTING ASIDE: ADJUSTING OF EQUITIES. (*Guise v. Early*, 72 Iowa, 283, and *Buckley v. Early*, 72 Iowa, 289, followed.)

*Appeal from Sac District Court.*

FILED, MAY 8, 1888.

*S. M. Elwood* and *Ed. R. Duffie*, for appellants.

*Mason & Thomas,* for appellee.

PER CURIAM.—The material facts and questions for determination are substantially the same as in *Guise v. Early,* 72 Iowa, 283, and *Buckley v. Early,* 72 Iowa, 289, and, following those cases, the judgment of the district court must be

AFFIRMED.